IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:22-cv-81186

NELSON FERNANDEZ,

       Plaintiff,

vs.

OUR BOAT HOUSE, INC.,
A Florida for-profit Corporation,

       Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Nelson Fernandez and Defendant, Our Boat House, Inc.,

and files this Notice of Settlement with the Court, advising that the parties have reached a

settlement agreement and are in the process of finalizing the settlement paperwork.


s/ Jessica Gregory, Esq.                              s/ Roderick Hannah, Esq.
Jessica Gregory, Esq.                                 Roderick Hannah, Esq.
Florida Bar No. 92019                                 Florida Bar No. 435384
Counsel for Defendant                                 Counsel for Plaintiff


## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed
through the CM/ECF filing system which will provide copies to all parties this 18th day

of August 2021.

s/ Carri S. Leininger, Esq.
Carri S. Leininger, Esq. (eService@wlclaw.com)
Florida Bar No. 0861022
Jessica Gregory, Esq.
Florida Bar No. 92019
Attorneys for Defendant
Williams, Leininger & Cosby, P.A.
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone No. (561)615-5666
Facsimile No. (561)615-9606